District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETE ALEMU,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>   Defendants. | No. 2:23-cv-459-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>May 19, 2023 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on May 30, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until July 31, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE        - 1
(23-cv-459-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS scheduled Plaintiff's asylum interview for June 5, 2023. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. After the interview, USCIS will need time to adjudicate her asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request a 60-day abeyance to allow USCIS to conduct Plaintiff's interview and process her asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until July 31, 2023. The parties will submit a joint status report on or before July 31, 2023.

Dated: May 19, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*
**I certify that this memorandum contains 280 words, in compliance with the Local Civil Rules.**


s/Jane Marie O'Sullivan
JANE MARIE O'SULLIVAN
WSBA#34486

STIPULATED MOTION FOR ABEYANCE    - 2
(23-cv-459-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email:  jane@osullivanlawoffice.com
*Attorneys for Plaintiffs*

**ORDER**

The case is held in abeyance until July 31, 2023.  The parties shall submit a joint status report on or before July 31, 2023.  It is so **ORDERED**.

DATED this 19th day of May, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION FOR ABEYANCE  - 4
(23-cv-459-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970