District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETE ALEMU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-459-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>July 31, 2023 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate Plaintiff's Form I-589, Application for Asylum and for Withholding of Removal. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 30, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Since the parties' last filing, USCIS conducted Plaintiff's asylum interview. However, USCIS needs additional time to review information necessary to adjudicate her asylum application. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 30, 2023. The parties will submit a joint status report on or before August 30, 2023.

Dated: July 31, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 231 words, in compliance with the Local Civil Rules.**

*s/Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN
WSBA#34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email: jane@osullivanlawoffice.com
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE           - 2
(23-cv-459-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until August 30, 2023.  The parties shall submit a joint status report on or before August 30, 2023.  It is so **ORDERED**.

DATED this 31st day of July, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION FOR ABEYANCE   - 3
(23-cv-459-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970